IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHRISTOPHER L. BATSON                                                                             PETITIONER

v.                                  Case No. 4:95-cv-4093

DEXTER PAYNE, Director,
Arkansas Department of Correction                                                             RESPONDENT

## ORDER

Before the Court is the Report and Recommendation filed January 27, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 26. Judge Bryant recommends that Plaintiff's Motion for Relief from Judgment or Order under Rule 60(b) (ECF No. 18) be denied as a second or successive motion filed under 28 U.S.C. § 2254.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 26) *in toto*. Accordingly, the Court finds that Plaintiff's Motion for Relief from Judgment or Order (ECF No. 18) is **DENIED**. Further, the Court finds that an appeal of this Order would not be taken in good faith, and Petitioner Christopher L. Batson is barred from any further filings in this case without first seeking leave prior to filing.

**IT IS SO ORDERED**, this 24th day of February, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge